UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ALLEN COX, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-00097 |
| | ) |
| CSX TRANSPORTATION, INC. | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), please take notice that the Plaintiff, and by agreement with counsel for Defendant, stipulates a dismissal of this action against the Defendant.

It is further understood and agreed by all parties that this Stipulation of Dismissal dismisses this case against the Defendant with prejudice, with each party to bear their own costs.

ENTER this ___ day of December, 2023.

**APPROVED FOR ENTRY:**

| COUNSEL FOR PLAINTIFFS: | COUNSEL FOR DEFENDANTS |
|---|---|
| **/s/Frank Pinchak with permission** | **/s/ Mary Taylor Gallagher** |
| Frank Pinchak | Christopher W. Cardwell, No. 19751 |
| Harry F. Burnette | Mary Taylor Gallagher, No. 21482 |
| BURNETTE, DOBSON & PINCHAK | GULLETT, SANFORD, ROBINSON & MARTIN, PLLC |
| 711 Cherry Street | 150 Third Avenue South, Suite 1700 |
| Chattanooga, TN 37402 | Nashville, TN 37201 |
| fpinchak@bdplawfirm.com | (615) 244-4994 (Telephone) |
| hburnette@bdplawfirm.com | (615) 256-6339 (Facsimile) |
| | ccardwell@gsrm.com |
| | mtgallagher@gsrm.com |
| *Attorneys for Plaintiff* | *Attorneys for CSX Transportation, Inc* |

# CERTIFICATE OF SERVICE

       I hereby certify that on the 30th day of November, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Frank Pinchak
Harry F. Burnette
BURNETTE, DOBSON & PINCHAK
711 Cherry Street
Chattanooga, TN 37402
fpinchak@bdplawfirm.com
hburnette@bdplawfirm.com
*Attorneys for Plaintiff*

                                            */s/ Mary Taylor Gallagher*